IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| LAWANNA ARTHUR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-5011-CV-SW-RED |
| ) | |
| INTERNATIONAL FLAVORS ) | |
| & FRAGRANCES, INC., ) | |
| & ) | |
| BUSH BOAKE ALLEN, INC. ) | |
| ) | |
| Defendants ) | |

## ORDER

Now pending before the Court is a Joint Motion to Dismiss with Prejudice (Doc. 60) signed by counsel for Plaintiff and counsel for both Defendant International Flavors & Fragrances, Inc. and Defendant Bush Boake Allen, Inc. The Motion states that Plaintiff has executed settlement, general release, confidentiality and indemnity agreements releasing all claims against Defendants. It further states that all matters and controversies remaining between Plaintiff and Defendants have been settled and compromised and all claims of Plaintiff satisfied in full. The Parties also request that the case be dismissed with prejudice, each party to bear its own costs. Accordingly, it is

ORDERED that Plaintiff's petition (Doc. 2) and all claims contained therein are hereby **DISMISSED with prejudice**, each party to bear its own costs through the date of this order.

**IT IS SO ORDERED.**

DATE: November 21, 2005      */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT